572

360 A.2d 643
Commonwealth v. Cullen, Appellant.

Argued June 22, 1976.  Sylvia H. Rambo, Chief Public Defender, for appellant;  M. Eakin, Assistant District Attorney, with him Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 671
Commonwealth v. Drummonds, Appellant.

Argued June 16, 1976.  Russell P. Angermann, with him Erich O. Angermann, for appellant; Ian Comisky, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.